NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SILVINA MARGULIS, and her husband HUGO BLIFFELD, <br><br> Plaintiffs, <br><br> v. <br><br> STRYKER CORPORATION, *et al.*, <br><br> Defendants. | No. 19-10745 (SDW) (ESK) <br><br> **ORDER** <br><br> December 12, 2019 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on November 12, 2019, by Magistrate Judge Edward S. Kiel ("Judge Kiel"), recommending that Defendants' motion to dismiss for lack of personal jurisdiction and for *forum non conveniens* be granted. Plaintiffs filed objections to the R&R on November 26, 2019, (ECF No. 33), and Defendants responded on December 10, 2019. (ECF No. 35.) This Court has reviewed the reasons set forth by Judge Kiel in the R&R as well as Plaintiffs' objections and Defendants' response. This Court is satisfied that Judge Kiel properly determined that this Court does not have personal jurisdiction over Defendant Stryker Corporation, and that the Complaint should be dismissed for *forum non conveniens*.

Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Kiel (ECF No. 32) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

s/ Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:     Parties
        Edward S. Kiel, U.S.M.J.